AO 243 (Rev. 2/95) MOTION UNDER 28 USC §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| UNITED STATES DISTRICT COURT | District Central District of Illinois |
|---|---|

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| Deonte Jefferson | 13973-026 | 03cr20003-01 |

Place of Confinement: Federal Medical Center Rochester MN 55903

04-2164

UNITED STATES OF AMERICA    v.    Deonte Jefferson

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  Central District of Illinois at Champaign

2. Date of judgment of conviction  8-25-2004

3. Length of sentence  262 months w/ 8 years S.R.

4. Nature of offense involved (all counts)
   Count One: 21 USC §841(a)(1) and (b)(1)(B)
   Distributiom of Cocaine Base "Crack"

FILED
AUG 20 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   n/a

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐    No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐    No ☒

(2)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐       No ☒☒ X X

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____
        _____
        _____
        _____
        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

            Yes ☐        No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____
        _____

        (3) Grounds raised _____
        _____
        _____
        _____
        _____
        _____

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐    No ☐
(2) Second petition, etc.    Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

I did not appeal because the Government promised to file departure motions for my substantial assistance in my case ~~and other cases~~

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one:

Breach of Plea agreement and promises of Government

Supporting FACTS (state *briefly* without citing cases or law)

I provided substantial assistance to Agent Rutledge and was promised by my attorney, Tiffany Hurst, that the Government promised to reduce my sentence by 20-30 percent(See letter) I have provided other valuable information through the Minnesota public defender office- Mr. Trable- with permission by FBI Supervisor Don Espinoza.  (See affidavit)

B. Ground two:

I request the sentencing transcripts to amend my petition

Supporting FACTS (state *briefly* without citing cases or law)

The Government attorney promised in open court at my sentencing hearing that he would file the 5k1 and Rule 35.  I cannot afford the price quoted by the Court Reporter of $450.00 to prepare and produce the transcripts which may have other issues to correct my sentence, also.

C. Ground three:

Supporting FACTS (state *briefly* without citing cases or law)

D.  Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

    I have been trusting Tiffany Hurst to file a motion to compel

    the Government to file the promised departure motion but she

    only sent me a copy of the attached letter.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐        No ☒ XXX

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing ___Tiffany Hurst Public defender___
        201 S. Vine Street  Ste 107  Urbana IL 61801

    (b) At arraignment and plea ___Same___

    (c) At trial _____

    (d) At sentencing ___same___

(6)

(e) On appeal _____

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐        No ☒ X X X

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐        No ☒ X X X X

    (a) If so, give name and location of court which imposed sentence to be served in the future: ___n/a___

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐        No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

                                                            ___n/a___
                                                    Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__08-16-04__
   (Date)

                                            _____
                                                    Signature of Movant
                                                    Deonte Jefferson

(7)



# Federal Public Defender
## Central District of Illinois

RICHARD H. PARSONS
Chief Federal Defender

201 S. Vine Street, Suite 107
Urbana, IL 61801

Telephone: (217) 373-0666
Telefax: (217) 373-0667

July 20, 2004

Mr. Timothy A. Bass
Assistant United States Attorney
201 S. Vine, Room 226
Urbana, IL 61802

RE:  UNITED STATES OF AMERICA v. DEONTE M. JEFFERSON
     District Court Case No. 03-20003

Dear Mr. Bass:

The purpose of this letter is to remind you that on August 21, 2003, Judge McCuskey sentenced my client, Deonte Jefferson, to a 262-month term of imprisonment, followed by eight years of supervised release in the above-captioned case. Prior to Mr. Jefferson's sentencing, he provided a proffer statement to your agents and also agreed to cooperate with the Government in exchange for a Rule 35 sentence reduction.

We are rapidly approaching the one-year anniversary of Mr. Jefferson's sentencing date and the deadline for you to file a Rule 35 motion on his behalf to obtain a reduction in his sentence for the substantial assistance he provided to the Government. Please contact me upon receipt of this letter to confirm that you intend to file a Rule 35 motion in Mr. Jefferson's case.

Thank you in advance for your prompt attention to this matter.

Yours very truly,

RICHARD H. PARSONS
Federal Public Defender

By: *Tiffani D. Johnson /mkk*
Tiffani D. Johnson
Assistant Federal Public Defender

TDJ*mkk
cc:    Deonte Jefferson