UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

E-FILED
Friday, 20 August, 2004  01:27:07 PM
Clerk, U.S. District Court, ILCD

Deonte Jefferson,  ]  Civil case # 04-2164
   Petitioner,  ]  Crim case # ~~03-2003~~ 03-20003
      vs.  ]  Petitioner's Affidavit
United States of America,  ]
   Respondent.  ]

FILED
AUG 20 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Petitioner's Affidavit in Support of §2255 Relief

Comes Now, Deonte Jefferson, Pro Se Petitioner in the above case to respectfully enter this affidavit and testimony in support of the requested relief in the Section 2255 Petition. Petitioner-Affiant, under penalty of perjury, Title 28 USC §1746, states the following as true:

1) I am the petitioner in this case and this is my truthful testimony, if I were called to court. I am competent and fully capable of appearing before this Court in an evidentiary hearing.

2) I was represented by Tiffani Hurst of the Public Defender's Office and she immediately advised me to cooperate with law enforcement so that my lenghty sentence would be reduced. While I was in custody at county jail, Tiffiani set up a meeting with Agent Rutledge and promised me she would be present to ensure I received a departure from my sentence.

3) Tiffiani told me that the prosecuting attorney promised to reduce my 262 month sentence by %20-%30 if I cooperated wih Agent Rutledge of Task Force X(See Criminal Complaint). Agent Rutledge met me at Ford County jail, but Tiffani did not show up. A man from the P.D.'s Office was th ere and took notes of the information and substantial assistance and cooperation I provided the agent.

1

4) I met with Rutledge a second time, 4 or 5 weeks later. He presented some pictures and wanting to know if I knew them. We met for about 30 minutes and he told me that my previous information was being utilized. My lawyer was not there that time.

5) Ms. Hurst advised my girlfriend "Latoya Sanford" to help me by finding out information on other people's drug activities. Latoya was introduced to and met with the head of the area FBI, Agent Don Espinoza. Espinoza told her he would amke sure the government reduced my sentence if she came up with information to arrest others.

6) Latoya did what Don Espinoza requested and Tiffani Hurst set another meeting. She provided new information on guns, drugs and illegal stuff which resulting in search warrants being served and arrests being made. This all happend in December 2003 and both Ms. Hurst and Agent Espinoza told her I would get credit for it by reduction in my sentence.

7) At my sentencing, I remember the prosecutor telling the court that he would be filing a "5k1 and Rule 35" on my cooperation discusse above. After that my step father, Michael Butler, heard that comment and met with Tiffani Hurst to ask what it meant. My stepda d was told that if anybody brought information to the law enfocrement agencies that led to arrests, then my sentence could be reduced.

8) In March of this year, I have provided substantial assistance by and through the Minneosta Public Defender's office, with the approval of FBI Agent Espinoza . My lawyer, Ms. Hurst is aware of that new case assistance and I was told I would get a reduction in my sentence for that assistance.

9) On 20 July 2004, Ms. Hurst sent a letter to the Government asking what they were going to do. I have not been contacted by my lawyer, so I was forced to file this to protect my right to have my sentence reduced as was promised by everybody me and my family has talked to.

10) I was always told that the Court would reduce my sentence down to about fifteen years if I assisted Agent Rutledge. I am only 22 years old and I did what everybody told me to do. My girlfriend did what she was told to do. So now, I just ask the Court to make the Governmen do what they prmoised to do and reduce my sentence, like they promised.

**FURTHER AFFIANT SAYETH NOT:**

*Deonte Jefferson*
Deonte Jefferson

Executed on this 16th day of August, 2004,

I, Deonte Jefferson, swear under the penalty of perjury, Title 28 USC §1746, that the foregoing is true and correct.

*Deonte Jefferson*
Deonte Jefferson
POB 4000  FMC
Rochester  MN  55903
#13973-026

### CERTIFICATE OF SERVICE

I, Deonte Jefferson, certify that a copy of this Affidavit was mailed to AUSA Bass via prepaid postage firstclass mail, by depositing in the Inmate Legal Mailbox Drop at FMC Rochester, Under penalty of perjury, on this 16th day of August 2004.

201 S. Vine  Room 226
Urbana IL  61802