E-FILED
Friday, 20 August, 2004 01:28:59 PM
Clerk, U.S. District Court, ILCD

# U.S. District Court
## Central District of Illinois (Urbana)
### CRIMINAL DOCKET FOR CASE #: 2:03-cr-20003-MPM-ALL
### Internal Use Only

Case title: USA v. Jefferson
Magistrate judge case number: 2:02-mj-07363

Date Filed: 01/09/2003

Assigned to: Judge Michael P. McCuskey

**Defendant**

------------------------

**Deonte . Jefferson** (1)
*TERMINATED: 05/05/2004*

represented by **Tiffani D Johnson**
FEDERAL PUBLIC DEFENDER
Suite 1500
401 Main St
Peoria, IL 61602
(309) 671-7891
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

------------------------

21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (On or about November 13, 2002 - Distribution of Crack Cocaine in violation of 21 USC 841(a)(1)
(1)

**Disposition**

----------------

It is the judgment of the Court that dft is committed to the custody of the BOP for a term of 262 months. Upon release from incarceration, the dft is placed on supervised release for a term of 8 years and under special conditions. He is to pay a ☐ 6;100 special assessment.

**Highest Offense Level (Opening)**

--------------------------------------

Felony

**Terminated Counts**

**Disposition**

----------------------------    ---------------
None

**Highest Offense Level (Terminated)**
------------------------------------------
None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**
---------------------

USA   represented by **Timothy A Bass**
US ATTY
201 South Vine
Urbana, IL 61801
217-373-5875
Fax: 217-373-5891
Email: tim.bass@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2002 | 1 | COMPLAINT Deonte Martell Jefferson (1) count(s) cmp before Mag. Judge David G. Bernthal [ 2:02-m -7363 ] (JAB, ilcd) (Entered: 11/19/2002) |
| 11/19/2002 | 2 | Arrest Warrant issued for Deonte Martell Jefferson by Mag. Judge David G. Bernthal [ 2:02-m -7363 ] (JAB, ilcd) (Entered: 11/19/2002) |
| 11/19/2002 | | Docket Modification (Utility Event) sealing case [ 2:02-m -7363 ] (JAB, ilcd) (Entered: 11/19/2002) |
| 12/16/2002 | | Docket Modification (Utility Event) Stopped XM as of 12/16/02 [ 2:02-m -7363 ] (JAB, ilcd) (Entered: 12/23/2002) |
| 12/17/2002 | | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Tim Bass, AUSA for Government. First appearance of Deonte Martell |

| | | | |
|---|---|---|---|
| | | | Jefferson. Defendant advised of rights, including right to counsel and of charges. Defendant requests Court appoint counsel at this time. Financial affidavit by defendant filed. The Court finds the defendant qualifies for appointment of counsel and appoints the Federal Public Defender's Office. Attorney Tiffani D Hurst, AFPD present in Court. Defendant advised of his right to a preliminary hearing and requests a continuance. Government seeks detention of defendant. Defendant orally requests continuance of detention hearing; no objection by Government. Motion allowed. The preliminary exam and detention hearing both set for DECEMBER 20, 2002 at 10:00 a.m. before U. S. Magistrate Judge David G. Bernthal. Temporary order of detention to be entered and the defendant is remanded to the custody of the USM. Case unsealed . (cc: all counsel/USPO/USMS) [ 2:02-m -7363 ] (S, ilcd) (Entered: 12/17/2002) |
| 12/17/2002 | | 3 | CJA Form 23 (Financial Affidavit) as to Deonte Martell Jefferson [ 2:02-m -7363 ] (JAB, ilcd) (Entered: 12/17/2002) |
| 12/17/2002 | | 4 | TEMPORARY ORDER of Detention of Deonte Martell Jefferson pending detention hearing by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS) [ 2:02-m -7363 ] (JAB, ilcd) (Entered: 12/17/2002) |
| 12/20/2002 | | | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Timothy Bass, AUSA for Government. Defendant DEONTE JEFFERSON appears in person and with counsel, Tiffani Hurst, AFPD. Preliminary exam held . Proffer by Government. Evidence for defendant, witness sworn, testimony heard. Court denies defendant's oral motion for reports from witnesses used to prepare the affidavit per Jenks Act be provided today but finds this does not affect discovery disclosure. The Court finds probable cause exists to hold the defendant to answer to the Grand Jury for further proceedings. Detention hearing held . Proffer by Government. Evidence for defendant, witness sworn, testimony heard. The Court orders defendant be detained pending trial and is remanded to the custody of the USM. Written order of detention to be entered. Oral motion by defendant to preserve notes of agents; objection by Government. Defendant to place motion, with legal authority, in writing. (cc: all counsel/USPO/USMS) [ 2:02-m -7363 ] (JAB, ilcd) (Entered: 12/23/2002) |
| 12/20/2002 | | 5 | ORDER of Detention of Deonte Martell Jefferson pending trial by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS) [ 2:02-m -7363 ] (JAB, ilcd) (Entered: 12/23/2002) |
| 12/23/2002 | | 6 | Arrest Warrant returned executed as to Deonte Martell Jefferson 12/16/02 [ 2:02-m -7363 ] (JAB, ilcd) (Entered: 12/23/2002) |
| 01/09/2003 | | 7 | INDICTMENT by AUSA Timothy A Bass. Counts filed against Deonte . Jefferson (1) count(s) 1 (JAB, ilcd) (Entered: 01/10/2003) |

| Date | # | Entry |
|---|---|---|
| 01/10/2003 | | MINUTES: before Mag. Judge David G. Bernthal The arraignment is set for JANUARY 15, 2003 at 10:45 a.m. (cc: all counsel/USPO/USMS) (Copy of Indictment to all parties) (JAB, ilcd) (Entered: 01/10/2003) |
| 01/15/2003 | | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Timothy Bass, AUSA for Government. Defendant DEONTE JEFFERSON appears in person and with counsel, Tiffani Hurst, AFPD. Defendant sworn, advised of charges, rights and penalties. Defendant Jefferson arraigned; not guilty plea entered. Written scheduling order entered. The pretrial conference is set MARCH 6, 2003 at 2:30 p.m. Jury selection and jury trial set MARCH 17, 2003 at 8:30 a.m. The defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 01/15/2003) |
| 01/15/2003 | 8 | PRIOR offense information by USA as to defendant Deonte . Jefferson (JAB, ilcd) (Entered: 01/15/2003) |
| 01/15/2003 | 9 | SCHEDULING ORDER by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 01/15/2003) |
| 02/12/2003 | 10 | MOTION for disclosure of Identity of Government's Confidential Source or Informant by Deonte Jefferson (JAB, ilcd) (Entered: 02/12/2003) |
| 02/12/2003 | 11 | MOTION to produce Brady materials by Deonte Jefferson (JAB, ilcd) (Entered: 02/12/2003) |
| 02/12/2003 | 12 | MOTION for order to require notice of intent to use "other crimes" evidence by Deonte Jefferson (JAB, ilcd) (Entered: 02/12/2003) |
| 02/12/2003 | 13 | MOTION for disclosure of Expert Witness Testimony by Deonte Jefferson (JAB, ilcd) (Entered: 02/12/2003) |
| 02/12/2003 | 14 | MOTION for Rule 16 discovery by Deonte . Jefferson (JAB, ilcd) (Entered: 02/12/2003) |
| 03/06/2003 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Timothy Bass, AUSA for Government. Defendant DEONTE JEFFERSON appears in person and with counsel, Tiffani Hurst, AFPD. Upon being advised the defendant will enter into a guilty plea, the Court rules on all pending motions. The Court finds the motion for Rule 16 discovery [14-1], the motion for disclosure of Expert Witness Testimony [13-1], the motion for order to require notice of intent to use "other crimes" evidence [12-1], the motion to produce Brady materials [11-1], the motion for disclosure of Identity of Government's Confidential Source or Informant [10-1] are all MOOT. Defendant sworn, advised of charges, rights and penalties. Deonte Jefferson enters |

|            |    |    |
|------------|----|----|
|            |    | a guilty plea. No written plea agreement filed. The Court accepts the defendant's plea of guilty and finds the defendant guilty as charged. The jury trial is VACATED for March 17, 2003. The sentencing hearing is set for JUNE 6, 2003 at 11:00 a.m. Cause referred to Probation for a presentence investigation report. Order on implementation of sentencing guidelines entered. The defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 03/07/2003) |
| 06/06/2003 | 15 | MOTION to continue sentencing by Deonte Jefferson (SD, ilcd) (Entered: 06/06/2003) |
| 06/06/2003 |    | MINUTES: before Judge Michael P. McCuskey. Appearance of Colin Bruce, AUSA for Government. Defendant DEONTE JEFFERSON appears in person and with counsel, Tiffani Hurst, AFPD. Hearing held on defendant's motion to continue sentencing [15-1]; no objection by Government. Motion allowed. Counsel acknowledges receipt of presentence investigation report and no objections stated. The sentencing hearing is RESET to JULY 25, 2003 at 1:00 p.m. The defendant is remanded to the custody of the USM. The Marshal is directed to have defendant present on July 25, 2003. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 06/06/2003) |
| 06/06/2003 | 16 | LETTER in support of defendant to the Court. (JAB, ilcd) (Entered: 06/06/2003) |
| 06/06/2003 | 17 | LETTER in support of defendant to the Court. (JAB, ilcd) (Entered: 06/06/2003) |
| 06/09/2003 |    | MINUTES: before Judge Michael P. McCuskey. On the Court's own motion, the sentencing hearing set for 1:00 p.m. on July 25, 2003 is RESET to 9:00 a.m. on JULY 25, 2003 before the Honorable Michael P. McCuskey, Courtroom A, 201 S. Vine Street, Urbana, IL (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 06/10/2003) |
| 07/24/2003 | 18 | MOTION to continue sentencing hearing by Deonte . Jefferson (JAB, ilcd) (Entered: 07/24/2003) |
| 07/25/2003 |    | MINUTES: before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Defendant DEONTE JEFFERSON appears in person and with counsel, Tiffani Hurst, AFPD. Hearing on defendant's motion to continue sentencing hearing [18-1]; no objection by Government. Motion allowed. The sentencing hearing is VACATED for today and RESET to AUGUST 21, 2003 at 2:30 p.m. The defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 07/25/2003) |
| 08/21/2003 | 19 | MEMORANDUM IN SUPPORT of downward departure for youthful lack of guidance by defendant Deonte Jefferson (KM, ilcd) (Entered: |

| | | |
|---|---|---|
| | | 08/21/2003) |
| 08/21/2003 | | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Timothy Bass. Dft DEONTE JEFFERSON appears in person and with counsel Tiffani Hurst. Sentencing hearing held . Counsel acknowledge receipt of presentence report; objection noted by dft. Witnesses sworn and evidence heard regarding dft's oral motion for downward departure and memorandum in support [19-1]. Argument heard; motion denied. Recommendations by counsel heard. Statement in allocution by dft. Sentencing Deonte Jefferson (1) count(s) 1. It is the judgment of the Court that dft is committed the custody of the BOP for a term of 262 months. Upon release from incarceration, the dft is placed on supervised release for a term of 8 years and under special conditions. He is to pay a $100 special assessment. Appeal rights given to dft. Case terminated . Dft remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 08/22/2003) |
| 08/21/2003 | 20 | PRESENTENCE Report on Deonte . Jefferson (original sealed) (KM, ilcd) (Entered: 08/22/2003) |
| 08/21/2003 | 21 | SENTENCING recommendation (original sealed) as to defendant Deonte Jefferson (KM, ilcd) (Entered: 08/22/2003) |
| 08/21/2003 | 22 | STATEMENT of Reason for Imposing Sentence (Sealed) as to defendant Deonte Jefferson by Judge Michael P. McCuskey (KM, ilcd) (Entered: 08/22/2003) |
| 08/25/2003 | 23 | JUDGMENT and Commitment Order as to defendant Deonte Jefferson by Judge Michael P. McCuskey (KM, ilcd) (Entered: 08/26/2003) |
| 10/10/2003 | 24 | JUDGMENT and Commitment returned executed 10/2/03 as to Deonte . Jefferson (1) count(s) 1; dft delivered to FMC, Rochester, MN (JAB, ilcd) (Entered: 10/10/2003) |

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION



FILED
JAN - 9 2003
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 03-20003 |
| ) | Violations: Title 21, United |
| v. ) | States Code, Sections 841 and |
| ) | 841(b)(1)(B). |
| DEONTE JEFFERSON, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about November 13, 2002, in the Central District of Illinois, the defendant,

**DEONTE JEFFERSON,**

knowingly and intentionally distributed 5 or more grams of a mixture or substance containing cocaine base (crack), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).


A TRUE BILL,

s/Foreperson
FOREPERSON

s/Jan Paul Miller
JAN PAUL MILLER
UNITED STATES ATTORNEY/TB



# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

UNITED STATES OF AMERICA
v.
**DEONTE JEFFERSON**

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: **03-20003-01**

Tiffani D. Hurst
Defendant's Attorney

**FILED**
AUG 25 2003
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**THE DEFENDANT:**

[x] pleaded guilty to count(s)   1
[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
[ ] was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 § 841(a)(1) & (b)(1)(B) | Distribution of Cocaine Base "Crack" | 11/13/02 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____
[ ] Count(s) _____ [ ] is [ ] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 5045
Defendant's Date of Birth: /81
Defendant's USM No.: 13973-026
Defendant's Residence Address:

Chicago, IL 60639

Defendant's Mailing Address:
In Custody

August 21, 2003
Date of Imposition of Judgment

s/Michael P. McCuskey
Signature of Judicial Officer

MICHAEL P. McCUSKEY
U. S. DISTRICT JUDGE
Name and Title of Judicial Officer

8/25/03
Date

| | |
|---|---|
| DEFENDANT: DEONTE JEFFERSON | Judgment — Page 2 of 6 |
| CASE NUMBER: 03-20003-01 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 262 Months.

[x] The court makes the following recommendations to the Bureau of Prisons:
   Because of extensive family ties, the Court recommends to BOP that the defendant be housed in the Midwest for visitation.

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
   [ ] at _____ [ ] a.m. [ ] p.m. on _____.
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before on _____.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 8/01) Judgment in a Criminal Case
          Sheet 3 — Supervised Release

DEFENDANT: DEONTE JEFFERSON                                   Judgment—Page  3  of  6
CASE NUMBER: 03-20003-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  8 Years.

   The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

   If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

   The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from any     use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
           Sheet 3A — Supervised Release

Judgment—Page 4 of 6

DEFENDANT: DEONTE JEFFERSON
CASE NUMBER: 03-20003-01

## SPECIAL CONDITIONS OF SUPERVISION

1) You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the Probation Office, participate in a program for substance abuse treatment, including testing to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the Probation Officer.

2) You shall participate in a program of job training or employment counseling as directed by the Probation Officer.

3) You shall obtain a G.E.D. during the term of supervision.

4) You shall not own, purchase, or possess a firearm, ammunition, or other dangerous weapon.

AO 245B    (Rev. 8/01) Judgment in a Criminal Case
           Sheet 3A — Supervised Release

Judgment—Page 4 of 6

AO 245B   (Rev. 8/01) Judgment in a Criminal Case
Sheet 4 — Criminal Monetary Penalties

|  |  | Judgment — Page 5 of 6 |
|---|---|---|

DEFENDANT: DEONTE JEFFERSON
CASE NUMBER: 03-20003-01

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| TOTALS | $ 0.00 | $ 0.00 | |

☐ If applicable, restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine and/or   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine and/or   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: DEONTE JEFFERSON
CASE NUMBER: 03-20003-01

Judgment — Page 6 of 6

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  [x] Lump sum payment of $ 100.00  due immediately, balance due

   [ ] [ ] not later than _____ , or
       [ ] in accordance with [ ] C, [ ] D, or [ ] E below; or

B  [ ] Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] E below); or

C  [ ] Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ] Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

   Defendant Name, Case Number, and Joint and Several Amount:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.