E-FILED
Thursday, 09 September, 2004 02:54:01 PM
Clerk, U.S. District Court, ILCD

FILED
SEP 0 9 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Deonte Jefferson, Petitioner, | No. 04 CV 2164 |
| vs. | Motion to Amend per Rule 15 |
| United States of America, Respondent | |

COMES NOW, Deonte Jefferson, Petitioner to supplement and amend the Section 2255 Petition with the following as it relates back to the original pleading.

### INEFFECTIVE ASSISTANCE OF COUNSEL

Petitioner believes appointed counsel should be substituted with new counsel to handle the instant collateral post-conviction matter. Attorney Tiffany Johnson[Hurst] has failed in her duty of loyalty and commitment to do all possible to help reduce the sentence of the petitioner. A geniune conflict of interests now exists and Petitioner reuests this court to appoint new counsel to pursue the Rule 35(b) departure.

Signed: _Deonte Jefferson_ 09-06-04
Deonte Jefferson
POB 4000   FMC
Rochester   MN   55903
#13973-026

### CERTIFICATE OF SERVICE

I, Deonte Jefferson certify that a true and correct copy of this motion was mailed to the below parties, via prepaid postage, US Mail, under the penalty of perjury.

AUSA Timothy Bass   201 S. Vine Street   RM 226   Urbana IL 61801
Tiffani Johnson     201 S. Vine Street Ste 107   Urbana IL 61801
Clerk of Court            (same)

1