UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEONTE JEFFERSON, | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) Case No. 04-2164 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**GOVERNMENT'S MOTION FOR ADDITIONAL TIME TO FILE
RESPONSE TO PETITIONER'S MOTION UNDER 28 U.S.C. § 2255**

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion for additional time to file response to petitioner's Motion under 28 U.S.C. § 2255. The government states the following:

1. The petitioner filed the instant motion on August 24, 2004. This Court directed the government to respond to the motion on or before September 20, 2004.

2. In support of this motion for extension of time, the undersigned attorney for the government has been preparing for the trial in United States v. Louis James, No. 04-20025, which is scheduled to begin before this Court on September 21, 2004.

3. The government has been diligently attempting to complete its response. Due to the above matter, however, the response has not yet been completed.

4.  Accordingly, the government respectfully requests an additional two weeks to complete its response.

WHEREFORE, the United States of America respectfully requests that this Court allow the government's motion.

        Respectfully submitted,

        JAN PAUL MILLER
        UNITED STATES ATTORNEY

BY:   s/Timothy A. Bass
       TIMOTHY A. BASS
       United States Attorney
       201 S. Vine St., Suite 226
       Urbana, IL 61802
       Phone: 217/373-5875
       Fax: 217/373-5891
       tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 20th day of September 2004, I electronically filed the Government's Motion for Addition Time to File Response to Petitioner's Motion under 28 U.S.C. § 2255 with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Deonte Jefferson
FCI Rochester Medical Center
P.O. Box 4000
Rochester, MN 55903


        s/Timothy A. Bass
        TIMOTHY A. BASS
        United States Attorney
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov