AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**DEONTE JEFFERSON,**
**Petitioner,**

vs.                                                            Case Number:  **04-2164**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for writ is denied.  The case is terminated.

ENTER this 26th day of October, 2004.

s/JOHN M. WATERS, CLERK

JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK